### No. 13,122.

HINES ET AL. *v.* STREET.
(12 P. [2d] 1117)

Decided June 27, 1932.

Mr. FRED S. CALDWELL, for plaintiffs in error.

Mr. FOSTER CLINE, Mr. GEORGE A. TROUT, for defendant in error.

Per Curiam.